UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Re: Criminal Cases<br><br>06cr1085<br>09cr1022<br>10cr1236<br>11cr500<br>11cr630<br>15cr577<br>19cr128<br>19cr881<br>20cr35<br>20cr385 | NOTICE OF TELECONFERENCE<br>INFORMATION |

KENNETH M. KARAS, United States District Judge:

    For the week of August 17, 2020, the Court will hold all criminal proceedings by telephone.  To access the teleconference, please use the following information:

    <u>Meeting Dial-In Number</u> (USA toll-free): (888) 363-4749   <u>Access Code</u>: 7702195

    Please enter the conference as a guest by pressing the pound sign (#).

    Any requests for adjournments should be filed as soon as possible and clearly explain why the conference should be adjourned.

SO ORDERED.

Dated:   August 14, 2020
           White Plains, New York

                                                           KENNETH M. KARAS
                                                     United States District Judge