UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Re: Criminal Case

09-CR-1022

NOTICE OF TELECONFERENCE
INFORMATION

KENNETH M. KARAS, United States District Judge:

For the week of June 21, 2021, the Court will hold the above-captioned criminal proceeding by telephone. To access the teleconference, please use the following information:

<u>Meeting Dial-In Number</u> (USA toll-free): (888) 363-4749  <u>Access Code</u>: 7702195

Please enter the conference as a guest by pressing the pound sign (#).

Any requests for adjournments should be filed as soon as possible and clearly explain why the conference should be adjourned.

SO ORDERED.

Dated: June 20, 2021
       White Plains, New York

KENNETH M. KARAS
United States District Judge