## Law Offices of Ezra Spilke

MEMO ENDORSED

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

November 30, 2022

**By ECF**
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re: *United States v. Shaun Brooks*, Nos. 09 Cr. 1022 (KMK); 16 Cr. 53 (KMK)

Dear Judge Karas:

I write to respectfully request a thirty-day adjournment of the December 12, 2022, VOSR sentencing hearing of Shaun Brooks. On November 1, after a hearing, the Court found Mr. Brooks guilty of all five specifications laid out in the amended violation report dated September 6, 2022. Mr. Brooks accepted responsibility from the stand and under oath for Specifications 4 and 5 having to do with marijuana use and violation of an order of protection. He contested Specifications 1 through 3.

As a result of these violations, Mr. Brooks faces up to three years' imprisonment, which was also the sentence imposed on Mr. Brooks in October 2019. I am still collecting materials relevant to mitigation, and Mr. Brooks and I are working together on his sentencing submission. In addition, since before Thanksgiving, Mr. Brooks' unit has been quarantined, during which time legal visitation is not allowed.

For these reasons, I am respectfully requesting a thirty-day adjournment of sentencing to January 17. I have conferred with counsel for the government, Kaiya Arroyo, who has no objection to this request. I have also consulted with Ms. Bordes, who has advised me that a time convenient to the Court is January 17, 2023, at 11:00 AM.

Respectfully submitted,

/s/ Ezra Spilke

cc: All counsel of record, by ECF
Shaun Brooks, by U.S.P.S.

This request is unnecessary and unnecessarily tardy. The Court gave adequate time to the Parties to be prepared for this sentence and last minute adjournments greatly complicate and burden the Court's congested calendar. This request will be granted, but no more extensions will be allowed. The sentence is adjourned to 1/ 17 /23, at 11:00

So Ordered.

12/1/22