UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

United States of America,

   -against-

Shaun Brooks,

          Defendant.

--------------------------------------------------------x

ORDER

Docket No. 09 CR 01022 (KMK)

KARAS, U.S. DISTRICT JUDGE:

    Daniel Hochheiser, Esq. is to assume representation of the defendant in the above

captioned matter as of December 11, 2024.  Mr. Hochheiser is appointed pursuant to the

Criminal Justice Act.  His address is Law Offices of Daniel A. Hochheiser, 2 Overhill Road,

Suite 400, Scarsdale, NY 10583, phone number 646-863-4246, Email: dah@hochheiser.com

Sean Maher is relieved as counsel.

SO ORDERED

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
      December 11, 2024